UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-20390-PCH

SANDRA HARTMAN,

    Plaintiff,

v.

NCL (BAHAMAS), LTD., a Bermuda
Company d/b/a NORWEGIAN CRUISE LINE,

    Defendant
_____/

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESSES**

Barry A. Postman, Esq., David A. Kirsch, Esq., and Jaclyn N. Lassner, Esq of COLE, SCOTT & KISSANE, P.A. hereby gives notice of their appearance on behalf of Defendant, NCL (BAHAMAS), LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned. Further, pursuant to Florida Rules of General Practice and Judicial Administration 2.516, the undersigned hereby designate the following e-mail addresses for mail service in the above-referenced case:

| | |
|---|---|
| Primary e-mail: | barry.postman@csklegal.com |
| Alternate e-mail: | Sara.Ghent@csklegal.com |
| Secondary e-mail: | David.kirsch@csklegal.com |
| Alternate e-mail: | Stacy.Cochran@csklegal.com |
| Tertiary e-mail: | Jaclyn.Lassner@csklegal.com |
| Alternate e-mail: | gabriella.cancio@csklegal.com |

CASE NO.: 1:25-cv-20390-PCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th of February, 2025, a true and correct copy of the foregoing was filed with the Clerk of USDC - Southern District County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the parties registered with the e-Filing Portal system.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant NCL (BAHAMAS), LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE*
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone 561-383-9254
Facsimile 561-683-8977
Primary e-mail: jaclyn.lassner@csklegal.com
Alternate e-mail: gabriella.cancio@csklegal.com
Secondary e-mail: David.kirsch@csklegal.com
Alternate e-mail: Stacy.Cochran@csklegal.com

By: */s/ Jaclyn N. Lassner*
DAVID A. KIRSCH
Florida Bar No.: 86038
JACLYN N. LASSNER
Florida Bar No.: 117977